IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

MICHAEL ALLEN SISSON           :    CHAPTER 7
                               :
                               :
      Debtor.                  :    CASE NO.: 14-68815-MHM
                               :

COVER SHEET FOR AMENDMENTS TO SCHEDULES E AND F

Schedule E has been amended to add Barbara Sisson as a priority creditor

Schedule F has been amended to add the following unsecured creditors:

AT&T Mobility
Chase Amazon Visa
Dive In, Inc.
Farmer's Insurance Group
Frank Cruz
Intuit Payment Solutions
Kudzu
Murphy Lomon & Associates
National Registered Agents, Inc.
Royal Premium Budget Inc.
State Farm Mutual Insurance
Strategic Funding
Travelers
William Sisson

Also included with this amendment are the Amended Summary of Schedules, Amended Statistical Summary and Declaration of Schedules

DATE: June 12, 2015

_____/s_____
Howard Slomka, Esq.
Georgia Bar # 652875
The Slomka Law Firm, P.C.
Attorney for Debtor
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309
Tel. (678) 732-0001

B6E (Official Form 6E) (4/13)

In re   **Michael Allen Sisson**                                        Case No.   **14-68815**

_____,
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts _not_ entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☒ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

---

\* _Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment._

                **2**     continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re  **Michael Allen Sisson**,  Case No. **14-68815**
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Domestic Support Obligations**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br>Barbara Sisson<br>83 Cheshire Dr.<br>Alpharetta, GA 30022 | | | DSO Obligations | | | | 54,625.53 | 50,435.53 | 4,190.00 |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Sheet **1** of **2** continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | | | | Subtotal<br>(Total of this page) | | | 54,625.53 | 50,435.53 | 4,190.00 |

B6E (Official Form 6E) (4/13) - Cont.

In re  **Michael Allen Sisson**                                    Case No.  __14-68815__
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS - AMENDED
(Continuation Sheet)

**Taxes and Certain Other Debts Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H/W/J/C — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br> **GA Dept of Revenue** <br> 1800 Century Center Blvd NE <br> Atlanta, GA 30345-3205 | | - | | | | 0.00 | 0.00 | 0.00 |
| Account No. <br> **IRS** <br> 401 W Peachtree Street NW <br> Atlanta, GA 30308 | | - | | | | 0.00 | 0.00 | 0.00 |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

Sheet  2  of  2  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)          0.00        0.00        0.00

Total (Report on Summary of Schedules)    54,625.53    50,435.53    4,190.00

B6F (Official Form 6F) (12/07)

In re  Michael Allen Sisson                          Case No.  14-68815
                        Debtor

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community H/W/J/C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxx1001<br><br>American Express - Bus Gold<br>PO Box 650448<br>Dallas, TX 75265-0448 | | - | Date Opened: 01/1/2009 Last Used: 01/1/2012<br>Credit Card This card was closed by CC Company due to a dispute. | | | | 392.07 |
| Account No. xxxxxxxxxxx1001<br><br>American Express - Platinum<br>PO Box 650448<br>Dallas, TX 75265-0448 | | - | Date Opened: 01/1/1995 Last Used: 01/1/2012<br>Credit Card This card was closed by Amex due to a dispute with the CC Company. | | | | 10,283.64 |
| Account No. xxx-xxx-5525<br><br>AT& T Mobility<br>PO Box 538641<br>Atlanta, GA 30353 | | - | Business cell phone service | | | | 6,500.00 |
| Account No. xxxxxxxxxxxx5781<br><br>Bank of America MasterCard<br>PO Box 851001<br>Dallas, TX 75285-1001 | X | - | Dominic Cruz is Primary Borrower. | | | | 25,013.96 |
| _6_ continuation sheets attached | | | | | Subtotal<br>(Total of this page) | | 42,189.67 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Allen Sisson**                                   Case No.  __14-68815__
                                           Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Bullman Law Group, LLC<br>7000 Peachtree Dunwoody Rd<br>Bldg 15, Suite 200<br>Atlanta, GA 30328 | | - | 09/15/2014<br>Legal Bill Civil suite filed requiring legal services. | | | | 1,452.65 |
| Account No. xxxxxxxxxxxx0301<br><br>CapitalOne Visa<br>PO Box 71083<br>Charlotte, NC 28272-1083 | | - | Credit Card Visa card that was closed by CapitalOne in 2009 when I was unable to pay due to loss of job. | | | | 16,041.61 |
| Account No.<br><br>Centrex Financial<br>3090 Pullman Street<br>Costa Mesa, CA 92626 | | - | Guaranty of Loan to Pride Residential & Commercial Svcs, LLC | | | | 15,000.00 |
| Account No. xxxxxxxxxxxx1529<br><br>Chase Amazon Visa<br>PO Box 15153<br>Wilmington, DE 19886-5153 | | - | Date Opened: 09/1/2009 Last Used: 09/10/2014<br>Credit Card Amazon Visa with Amazon Rewards Points | | | | 8,981.00 |
| Account No. 5300<br><br>Chase Amazon Visa<br>P.O.Box 15153<br>Wilmington, DE 19886-5153 | | - | | | | | 3,585.00 |
| Sheet no. __1__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal<br>(Total of this page) | | | 45,060.26 |

In re   Michael Allen Sisson                                Case No.   __14-68815__
                        Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. xxxxxxxxxxxx4101 <br><br> Chase Marriott Visa <br> PO Box 15153 <br> Wilmington, DE 19886-5153 | | - | Credit Card Chase Marriott Visa was closed by bank when I lost my job in 2009 and unable to pay. | | | | 8,746.85 |
| Account No. xxxxxxxxxxxx4318 <br><br> Chase Marriott Visa <br> PO Box 15153 <br> Wilmington, DE 19886-5153 | X | - | Date Opened: 01/1/2013 Last Used: 09/21/2014 <br> Dominic Cruz is Primary Borrower. | | | | 10,779.01 |
| Account No. xxxxxxxxxxxx7722 <br><br> Chase United Visa <br> PO Box 15153 <br> Wilmington, DE 19886-5153 | X | - | Date Opened: 01/1/2013 Last Used: 09/8/2014 <br> Dominic Cruz is Primary Borrower. | | | | 11,487.24 |
| Account No. xxxxxxxxxxxx8134 <br><br> Citi Master Card <br> Processing Center <br> Des Moines, IA 50363-0005 | | - | Date Opened: 01/1/2001 Last Used: 09/11/2014 <br> Credit Card This card used the business and paid for by the business. | | | | 12,363.29 |
| Account No. <br><br> Claudette Newman <br> PO Box 41 <br> Gilbertsville, NY 13776 | | - | Personal loan | | | | 20,000.00 |
| Sheet no. __2__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | | Subtotal (Total of this page) | | 63,376.39 |

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Allen Sisson**, Debtor

Case No. **14-68815**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br>Dive In, Inc.<br>Busch Reed & Jones<br>639 Whitlock Ave<br>Marietta, GA 30064 | | - | Contract and judgment due from Pride Residential & Commercial Svcs. No personal liability | | | X | Unknown |
| Account No.<br>Domonic Cruz<br>1873 Walthall Drive<br>Atlanta, GA 30318 | | - | Personal Loan | | | | 50,000.00 |
| Account No.<br>Farmer's Insurance Group<br>c/o Butler Pappas<br>777 South Harbour Island Blvd<br>Suoe 500<br>Tampa, FL 33602 | | - | | | X | X | 0.00 |
| Account No.<br>Frank Cruz<br>c/o Domonic Cruz<br>18t3 Walhall Drive<br>Atlanta, GA 30318 | | - | | | | | 13,000.00 |
| Account No. xxxxx2390<br>Intuit Payment Solutions<br>21215 Burbank Blvd<br>Suite 100<br>Woodland Hills, CA 91367 | | - | Contract with Pride Residential Svcs. No personal liability. | | | X | 7,791.00 |

Sheet no. **3** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **70,791.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Michael Allen Sisson**                                   Case No.   **14-68815**
                          Debtor

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kudzu<br>223 Perimeter Center Pkwy<br>Atlanta, GA 30346 | - | | website services | | | X | 4,920.00 |
| Account No. xxx xxxx # xx2773<br><br>Murphy Lomon & Associates<br>PO Box 2206<br>Des Plaines, IL 60017-2206 | - | | Royal Premium Financing | | | | 2,344.86 |
| Account No. xxxxxx41-MX<br><br>National Registered Agents, In<br>PO Box 927<br>Princeton Junction, NJ 08550 | - | | 04/01/13 | | | | 15.00 |
| Account No.<br><br>ProBuild<br>PO Box 1428<br>Kennesaw, GA 30156 | - | | | | | | 9,000.00 |
| Account No. xxxx-xx8808<br><br>Royal Premium Budget, Inc.<br>PO Box 257<br>Southfield, MI 48037 | - | | | | | | 1,875.89 |

Sheet no. __4__ of __6__ sheets attached to Schedule of   Subtotal
Creditors Holding Unsecured Nonpriority Claims              (Total of this page)   18,155.75

B6F (Official Form 6F) (12/07) - Cont.

In re **Michael Allen Sisson**, Debtor      Case No. **14-68815**

# AMENDED
# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Serious Tree Services<br>2988 Old Villa Rica Road<br>Powder Springs, GA 30127 | - | | | | | | 11,000.00 |
| Account No. xxxx-x926-0<br><br>Sherwin Williams Company<br>11 Prospect Avenue NW<br>Cleveland, OH 44115 | - | | | | | | 2,000.00 |
| Account No.<br><br>Sicay-Perow & Knighten<br>PO Box 2108<br>Atlanta, GA 30301 | - | | Cornerstone Bank Line of Credit. Paid down by 50K CDs already surrendered | | | | 100,000.00 |
| Account No.<br><br>State Farm Mutual Insurance<br>3 State Farm Plaza South<br>Bloomington, IL 61704 | - | | | | | X | 10,500.00 |
| Account No. xx2921<br><br>Strategic Funding<br>1500 Broadway<br>Suite 1515<br>New York, NY 10036 | - | | | | | | 30,000.00 |

Sheet no. **5** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **153,500.00**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Michael Allen Sisson**, Debtor

Case No. **14-68815**

# AMENDED
## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>Travelers<br>1000 Windward Concourse<br>Suite 100<br>Alpharetta, GA 30005 | | - | | | | X | Unknown |
| Account No. xxxxxxxxxxxx7894<br><br>Wells Fargo Visa<br>PO Box 6412<br>Carol Stream, IL 60197-6412 | X | - | Date Opened: Last Used: 07/10/2014<br>Dominic Cruz is Primary Borrower. | | | | 14,602.89 |
| Account No.<br><br>William Sisson<br>76 Devon Lane<br>Avondale Estates, GA 30002 | | - | | | | | 50,000.00 |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. **6** of **6** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) **64,602.89**

Total (Report on Summary of Schedules) **457,675.96**

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Georgia

In re: **Michael Allen Sisson**, Debtor

Case No. **14-68815**

Chapter **7**

## SUMMARY OF SCHEDULES - AMENDED

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 365,100.00 | | |
| B - Personal Property | Yes | 4 | 8,606.58 | | |
| C - Property Claimed as Exempt | Yes | 1 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 322,160.41 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | 54,625.53 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 457,675.96 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | Yes | 2 | | | 667.00 |
| J - Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 3,364.20 |
| Total Number of Sheets of ALL Schedules | | 23 | | | |
| Total Assets | | | 373,706.58 | | |
| Total Liabilities | | | | 834,461.90 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Michael Allen Sisson**

Debtor

Case No.   **14-68815**

Chapter   **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

■ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Michael Allen Sisson**                                              Case No.   **14-68815**
                                    Debtor(s)                                 Chapter    **7**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __25__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **June 12, 2015**                    Signature   **/s/ Michael Allen Sisson**
                                                        **Michael Allen Sisson**
                                                        Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

| | | |
|---|---|---|
| MICHAEL ALLEN SISSON | : | CHAPTER 7 |
| | : | |
| Debtor. | : | CASE NO.: 14-68815-MHM |
| | : | |

## CERTIFICATE OF SERVICE

This is to certify that I have this day served a copy of the within and foregoing Amended Schedules E and F, Amended Summary of Schedules, Amended Statistical Summary, and Amended Declaration Debtor's Schedules in the above styled case by depositing same in the United States mail with the adequate postage affixed thereto to insure delivery addressed as follows:

Tamara Miles Ogier
Ogier, Rothschild & Rosenfeld PC
170 Mitchell St. S.W.
Atlanta, GA 30303

Michael Allen Sisson
1873 Walthall Dr
Atlanta, GA 30318

SEE ATTACHED FOR ADDITIONAL CREDITORS

DATE: June 12, 2015

_____/s_____
Howard Slomka, Esq.
Georgia Bar # 652875
The Slomka Law Firm, P.C.
Attorney for Debtor
1069 Spring Street, NW, 2nd Floor
Atlanta, GA 30309

```
Label Matrix for local noticing        CARRINGTON MORTGAGE SERVICES, LLC      Office of the United States Trustee
113E-1                                  1610 East Saint Andrew Place           362 Richard Russell Building
Case 14-68815-mhm                       Suite B150                             75 Spring Street, SW
Northern District of Georgia            Santa Ana, CA 92705-4931               Atlanta, GA 30303-3315
Atlanta
Fri Jun 12 11:07:26 EDT 2015

American Express - Bus Gold             American Express - Platinum            American Express Bank, FSB
PO Box 650448                           PO Box 650448                          c o Becket and Lee LLP
Dallas, TX 75265-0448                   Dallas, TX 75265-0448                  POB 3001
                                                                               Malvern, PA 19355-0701


BB&T                                    Bank of America MasterCard             Barbra L. Sisson
PO Box 580048                           PO Box 851001                          Jonathan C. Ginsberg, Esq.
Charlotte, NC 28258-0048                Dallas, TX 75285-1001                  1854 Independence Square
                                                                               Atlanta, GA 30338-5174


Bullman Law Group, LLC                  Capital One Bank (USA), N.A.           CapitalOne Visa
7000 Peachtree Dunwoody Rd              PO Box 71083                           PO Box 71083
Bldg 15, Suite 200                      Charlotte, NC  28272-1083              Charlotte, NC 28272-1083
Atlanta, GA 30328-1656


Carrington Mortgage Services            Chase Amazon Visa                      Chase Marriott Visa
PO Box 54285                            PO Box 15153                           PO Box 15153
Irvine, CA 92619-4285                   Wilmington, DE 19886-5153              Wilmington, DE 19886-5153


Chase United Visa                       Citi Master Card                       Dominic Cruz
PO Box 15153                            Processing Center                      1873 Walthall Dr
Wilmington, DE 19886-5153               Des Moines, IA 50363-0005              Atlanta, GA 30318-2646


Foremost Insurance Group                Foremost Signature Insurance Company   Foremost Signature Insurance Company
c/o Matthew Peaire                      P.O. Box 268994                        c/o Matthew W. Peaire, Esq.
Butler Pappas                           Oklahoma City, OK 73126-8994           777 S. Harbour Island, Blvd, Suite 500
777 South Harbour Island Blvd, #500                                            Tampa, FL 33602-5723
Tampa, FL 33602-5723

(p)GEORGIA UNITED CREDIT UNION          Gramercy Condominium Association, Inc. Hyundai Finance
PO BOX 100070                           c/o Lueder, Larkin & Hunter, LLC       PO Box 660891
DULUTH GA 30096-9370                    5900 Windward Parkway, Suite 390       Dallas, TX 75266-0891
                                        Alpharetta, GA 30005-5479


Wells Fargo Visa                        Zwicker & Associates, PC               Barbra L. Sisson
PO Box 6412                             PO Box 9013                            83 Cheshire Dr.
Carol Stream, IL 60197-6412             Andover, ME 01810-0913                 Alpharetta, GA 30022-1605



Howard P. Slomka                        Michael Allen Sisson                   Robin Binger
Slomka Law Firm                         1873 Walthall Dr                       PalmerHouse Properties
2nd Floor                               Atlanta, GA 30318-2646                 Suite B
1069 Spring Street, NW                                                         2911 Piedmont Road
Atlanta, GA 30309-3817                                                         Atlanta, GA 30305-2783
```

Tamara Miles Ogier
Ogier, Rothschild & Rosenfeld PC
170 Mitchell St. S.W.
Atlanta, GA 30303-3441

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Georgia United Credit Union
PO Box 100070
Duluth, GA 30096-9370

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Georgia United Credit Union     (u)Gramercy Condominium Association, Inc.     (u)Tashtit & Migdal Properties, LLC

(u)farmers

End of Label Matrix
Mailable recipients   30
Bypassed recipients    4
Total                 34

# SUPPLEMENTAL LIST OF CREDITORS

AT& T Mobility
PO Box 538641
Atlanta, GA 30353

Barbara Sisson
83 Cheshire Dr.
Alpharetta, GA 30022

Brian W. Wetheim, PC
1750 Old Springhouse Lane
Suite 203
Atlanta, GA 30338

Chase Amazon Visa
P.O.Box 15153
Wilmington, DE 19886-5153

Dive In, Inc.
Busch Reed & Jones
639 Whitlock Ave
Marietta, GA 30064

Farmer's Insurance Group
c/o Butler Pappas
777 South Harbour Island Blvd
Suoe 500
Tampa, FL 33602

Frank Cruz
c/o Domonic Cruz
18t3 Walhall Drive
Atlanta, GA 30318

Intuit Payment Solutions
21215 Burbank Blvd
Suite 100
Woodland Hills, CA 91367

Kudzu
223 Perimeter Center Pkwy
Atlanta, GA 30346

Murphy Lomon & Associates
PO Box 2206
Des Plaines, IL 60017-2206

National Registered Agents, In
PO Box 927
Princeton Junction, NJ 08550

Royal Premium Budget, Inc.
PO Box 257
Southfield, MI 48037

State Farm Mutual Insurance
3 State Farm Plaza South
Bloomington, IL 61704

Strategic Funding
1500 Broadway
Suite 1515
New York, NY 10036

Travelers
1000 Windward Concourse
Suite 100
Alpharetta, GA 30005

William Sisson
76 Devon Lane
Avondale Estates, GA 30002